UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STATE OF CALIFORNIA, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:07-CV-02024-RCL |
| v. | ) ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

The Clerk will kindly enter the appearance of Norman L. Rave, Jr., of the United States Department of Justice, as counsel for the defendants.

Contact information for Mr. Rave is:

> Norman L. Rave, Jr.
> D.C. Bar No. 431602
> United States Department of Justice
> Environment and Natural Resources Division
> Environmental Defense Section
> P.O. Box 23986
> Washington, D.C. 20026-3986
> Tel: (202) 616-7568
> Fax: (202) 514-8865
> E-mail: norman.rave@usdoj.gov

                    Respectfully submitted,

                    RONALD J. TENPAS  
                    Acting Assistant Attorney General  
                    Environment and Natural Resources  
                      Division

Date:   November 16, 2007         /S/ Norman L. Rave, Jr.  
                                            NORMAN L. RAVE, JR.  
                                            United States Department of Justice  
                                            Environment and Natural Resources  
                                              Division  
                                            P.O. Box 23986  
                                            Washington, DC  20026-3986  
                                            Tel:    (202) 616-7568  
                                            Fax:   (202) 514-8865  
                                            Email: norman.rave@usdoj.gov