EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER
Supervising Deputy Attorney General
JAN ZABRISKIE
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5181
 Fax: (916) 327-2319
 Email: jan.zabriskie@doj.ca.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, (State Capitol Bldg., Sacramento, CA, 95814) and the CALIFORNIA AIR RESOURCES BOARD (1001 "I" Street, P.O. Box 2815, Sacramento, CA, 95812)** | **Case No: 1:07-CV-2024 (RCL)** |
| | **NOTICE OF PLAINTIFF'S ADDRESS** |
| | **[LR 5.1(e)]** |
| Plaintiff, | |
| v. | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR,** | |
| Defendants. | |

PLEASE TAKE NOTICE That Plaintiff State of California herewith submits Plaintiff's

official address by and through the Governor of the State of California and the California

Air Resources Board in the above caption pursuant to Local Rule 5(e)(1).

///

///

1   Dated: November 16, 2007      EDMUND G. BROWN  Jr., Attorney
                                     General of the State of California

2                               MARY E. HACKENBRACHT,
                               Senior Assistant Attorney General

3                               ELLEN M. PETER,
                               Supervising Deputy Attorney General

4

5

6                             /s/ Jan Zabriskie
                             JAN ZABRISKIE, Deputy Attorney General

7                             Attorneys for Plaintiff State of California

8                             by and through Arnold Schwarzenegger,
                             Governor of the State of California, and the

9                             California Air Resources Board

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF SERVICE</u>

Case Name:    State of California, by and through Arnold Schwarzenegger, Governor of the
State of California and the California Air Resources Board v. United States
Environmental Protection Agency and Stephen L. Johnson, Administrator

No.:           1:07-CV-02024 RCL

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence. On <u>November 16, 2007</u>, I served the attached **Notice of Plaintiff's Address** by transmitting a true copy as indicated below.

| <u>Counsel</u> | <u>Representing</u> | <u>Service By</u> |
|---|---|---|
| Norman L. Rave, Jr.<br>U. S. Department of Justice<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>(202) 616-7568<br>norman.rave@usdoj.gov | Honorable Stephen L. Johnson, Administrator,<br>U. S. Environmental Protection Agency | Via ECF Filing |
| Yueh-ru Chu<br>Katherine Kennedy<br>Michael Myers<br>Assistant Attorneys General<br>Office of the Attorney General<br>Environmental Protection Bureau<br>120 Broadway, 26th Floor<br>New York, NY 10127<br>(212) 416-6588<br>yueh-ru.chu@oag.state.ny.us | State of New York | Via ECF Filing |

| | | |
|---|---|---|
| Frederick D. Augenstern, James R. Milkey William L. Pardee Assistant Attorneys General Office of the Attorney General 1 Ashburton Place, 18th Floor Boston, MA 02108 (617) 727-2200, ext 2427 fred.augenstern@state.ma.us | Commonwealth of Massachusetts | Via ECF Filing |
| Joseph Mikitish Tamara Huddleston Assistant Attorneys General 1275 W. Washington Phoenix, Arizona 85007 (602) 542-8553 joseph.mikitish@azag.gov | State of Arizona | Via U.S. Postal Service, Postage Paid |
| Kimberly Massicotte Jose A. Suarez P.O. Box 120 Hartford, CT 06106 (860) 808-5250 kimberly.massicotte@po.state.ct.us | State of Connecticut | Via U.S. Postal Service, Postage Paid |
| Gerald T. Karr, Senior Assistant Attorney General Environmental Bureau 69 West Washington Street, Suite 1800 Chicago, Illinois 60602 (312) 814-3369 gkarr@atg.state.il.us | State of Illinois | Via U.S. Postal Service, Postage Paid |

| Gerald D. Reid<br>Assistant Attorney General<br>Chief, Natural Resources Division<br>Department of the Attorney General<br>6 State House Station<br>Augusta, Maine 04333<br>(207) 626-8545<br>jerry.reid@maine.gov | State of Maine | Via U.S. Postal Service, Postage Paid |
|---|---|---|
| Kathy M. Kinsey<br>Assistant Attorney General<br>Maryland  Department of the Environment<br>1800 Washington Boulevard<br>Baltimore, Maryland 21230<br>(410) 537-3954<br>kkinsey@oag.state.md.us | State of Maryland | Via U.S. Postal Service, Postage Paid |
| Lisa Morelli<br>Assistant Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 093<br>Trenton, NJ 08625<br>(609) 633-8713<br>lisa.morelli@dol.lps.state.nj.us | State of New Jersey | Via U.S. Postal Service, Postage Paid |
| Stephen R. Farris<br>Judith Ann Moore<br>Assistant Attorneys General<br>P.O. Box Drawer 1508<br>Santa Fe, NM 87504-1508<br>(505) 827-6939<br>sfarris@ago.state.nm.us | State of New Mexico | Via U.S. Postal Service, Postage Paid |

| | | |
|---|---|---|
| Philip Schradle<br>Special Counsel to the<br>Attorney General<br>Richard Whitman<br>Assistant Attorney General<br>1162 Court St. N.E.<br>Salem, Oregon 97301<br>(503) 378-6002<br>philip.schradle@doj.state.or.us | State of Oregon | Via U.S. Postal<br>Service, Postage Paid |
| Richard P. Mather, Sr.<br>Deputy Chief Counsel<br>Kristen M. Campfield<br>Robert A. Reiley<br>Assistant Counsel<br>Rachel Carson State Office<br>Bldg., 9th Floor<br>P.O. Box 8464<br>Harrisburg, Pennsylvania<br>17105<br>(717) 787-7060 | Commonwealth of Pennsylvania | Via U.S. Postal<br>Service, Postage Paid |
| Patricia K. Jedele<br>Special Assistant Attorney<br>General<br>Office of the Attorney<br>General<br>150 South Main Street<br>Providence, Rhode Island<br>(401) 274-4400, ext. 2400<br>tjedele@riag.ri.gov | State of Rhode Island | Via U.S. Postal<br>Service, Postage Paid |
| Kevin O. Leske<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 50609<br>(802) 828-6902<br>kleske@atg.state.vt.us | State of Vermont | Via U.S. Postal<br>Service, Postage Paid |

| Leslie Seffern<br>Assistant Attorney General<br>Office of the Attorney<br>General<br>P.O. Box 40117<br>Olympia, Washington 98504<br>(360) 586-6770<br>leslies@atg.wa.gov | State of Washington | Via U.S. Postal<br>Service, Postage Paid |
| Daniel Galpern, Esq.<br>Western Environmental Law<br>Center<br>1216 Lincoln St.<br>Eugene, OR 97401<br>(541) 485-2471<br>galpern@westernlaw.org<br><br>Matt Kenna, Esq.<br>Western Environmental Law<br>Center<br>679 E. 2nd. Ave., Suite 11B<br>Durango, CO 81301<br>mattkenna@gmail.com | Washington Environmental Council<br>Climate Solutions<br>Environment Washington<br>Oregon Wild<br>Environment Oregon<br>3E Strategies<br>Angus Duncan<br>Center For Biological Diversity<br>Friends Of The Earth | Via U.S. Postal<br>Service, Postage Paid |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 16, 2007, at Sacramento, California.

|  |  |
|---|---|
| Oda Killian | *[signature]* |
| Declarant | Signature |