```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  MARY E. HACKENBRACHT
    Senior Assistant Attorney General
 3  ELLEN M. PETER
    Supervising Deputy Attorney General
 4  JAN ZABRISKIE
    Deputy Attorney General
 5   1300 I Street, Suite 125
     P.O. Box 944255
 6   Sacramento, CA 94244-2550
     Telephone: (916) 322-5181
 7   Fax: (916) 327-2319
     Email: jan.zabriskie@doj.ca.gov
 8
 9  Attorneys for Plaintiff
10              IN THE UNITED STATES DISTRICT COURT
11                 FOR THE DISTRICT OF COLUMBIA
12
```

| | |
|---|---|
| **STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR,**<br><br>Defendants. | **Case No: 1:07-CV-2024 (RCL)**<br><br>**SERVICE OF SUMMONS EXECUTED AS TO U.S. ATTORNEY GENERAL** |

Attached hereto is the affidavit of service of summons executed as to the United States Attorney General.

///

///

///

///

///

///

SERVICE OF SUMMONS ON U.S. ATTORNEY GENERAL            1

1  Dated: November 16, 2007        EDMUND G. BROWN Jr., Attorney
                                    General of the State of California
2                                   MARY E. HACKENBRACHT,
                                    Senior Assistant Attorney General
3                                   ELLEN M. PETER,
                                    Supervising Deputy Attorney General
4

5
                                     /s/ Jan Zabriskie
6                                   JAN ZABRISKIE, Deputy Attorney General

7                                   Attorneys for Plaintiff State of California
                                    by and through Arnold Schwarzenegger,
8                                   Governor of the State of California, and the
                                    California Air Resources Board
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


SERVICE OF SUMMONS ON U.S. ATTORNEY GENERAL      2

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 07-2024 (RCL)

Plaintiff:
**STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD**

vs.

Defendant:
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR**

Received by ALIASS on the 8th day of November, 2007 at 1:33 pm to be served on **PETER D. KEISLER, ACTING UNITED STATES ATTORNEY GENERAL U.S. DEPARTMENT OF JUSTICE, ROOM 4400, 950 PENNSYLVANIA AVE., N.W., WASHINGTON, DC 20530**.

I, James L. Hilton, being duly sworn, depose and say that on the **8th day of November, 2007** at **3:15 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, NOTICE OF DESIGNATION OF RELATED CIVIL CASES, CIVIL COVER SHEET AND PETITION FILED AT U.S. COURT OF APPEALS (CASE #07-1457)** to: **W.T. LEE** as **GENERAL MAIL CLERK** for **PETER D. KEISLER, ACTING UNITED STATES ATTORNEY GENERAL U.S. DEPARTMENT OF JUSTICE, ROOM 4400**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served:  Age: 40s,  Sex: F,  Race/Skin Color: B,  Height: 5'9",  Weight: 110,  Hair: Black,  Glasses: Y

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 14th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires:

Notary Registration Number:
7106318

James L. Hilton
Process Server

ALIASS
D.C.J.S.#11-3710
10560 Main Street, Suite 405
Fairfax, VA  22030
(703) 934-6777
Our Job Serial Number: 2007002763

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6 2b