| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | MARY E. HACKENBRACHT<br>Senior Assistant Attorney General |
| 3 | ELLEN M. PETER<br>Supervising Deputy Attorney General |
| 4 | JAN ZABRISKIE<br>Deputy Attorney General |
| 5 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 6 | Sacramento, CA 94244-2550<br>Telephone: (916) 322-5181 |
| 7 | Fax: (916) 327-2319<br>Email: jan.zabriskie@doj.ca.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF CALIFORNIA** by and through **ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA**, and the **CALIFORNIA AIR RESOURCES BOARD**<br><br>                                                  Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR,**<br><br>                                                  Defendants. | **Case No: 1:07-CV-2024 (RCL)**<br><br>**SERVICE OF SUMMONS EXECUTED AS TO FEDERAL DEFENDANT STEPHEN L. JOHNSON, ADMINISTRATOR** |

Attached hereto is the affidavit of service of summons executed as to the Federal Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency.

///

///

///

///

///

SERVICE OF SUMMONS ON STEPHEN L. JOHNSON          1

1  Dated: November 16, 2007          EDMUND G. BROWN Jr., Attorney
                                     General of the State of California
2                                    MARY E. HACKENBRACHT,
                                     Senior Assistant Attorney General
3                                    ELLEN M. PETER,
                                     Supervising Deputy Attorney General
4

5
                                      /s/ Jan Zabriskie
6                                    JAN ZABRISKIE, Deputy Attorney General

7                                    Attorneys for Plaintiff State of California
                                     by and through Arnold Schwarzenegger,
8                                    Governor of the State of California, and the
                                     California Air Resources Board
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SERVICE OF SUMMONS ON STEPHEN L. JOHNSON          2

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 07-2024 (RCL)

**Plaintiff:**

**STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD**

vs.

**Defendant:**

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR**

Received by ALIASS on the 7th day of November, 2007 at 2:33 pm to be served on HONORABLE STEPHEN L. JOHNSON, ADMINISTRATOR U.S. ENVIRONMENTAL PROTECTION AGENCY, ARIEL RIOS BUILDING, ROOM 3000, 1200 PENNSYLVANIA AVE., N.W., MAIL CODE 1101A, WASHINGTON, DC 20460.

I, James L. Hilton, being duly sworn, depose and say that on the **8th day of November, 2007 at 3:48 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, NOTICE OF DESIGNATION OF RELATED CIVIL CASES, CIVIL COVER SHEET AND PETITION FILED AT U.S. COURT OF APPEALS (CASE #07-1457)** to: BRENDA J. SALVADOR as SUBJECT TEAM CORRESPONDENT ASSISTANT for HONORABLE STEPHEN L. JOHNSON, ADMINISTRATOR U.S. ENVIRONMENTAL PROTECTION AGENCY, ARIEL RIOS BUILDING, ROOM 3000, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: W, Height: 5'4", Weight: 120, Hair: Grey, Glasses: Y

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 9th day of November, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 10/31/11

Notary Registration Number: 106384

_____
James L. Hilton
Process Server

ALIASS
D.C.J.S.#11-3710
10560 Main Street, Suite 405
Fairfax, VA 22030
(703) 934-6777
Our Job Serial Number: 2007002762

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2b