| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of the State of California |
| 2 | MARY E. HACKENBRACHT |
|   | Senior Assistant Attorney General |
| 3 | ELLEN M. PETER |
|   | Supervising Deputy Attorney General |
| 4 | JAN ZABRISKIE |
|   | Deputy Attorney General |
| 5 |  1300 I Street, Suite 125 |
|   |  P.O. Box 944255 |
| 6 |  Sacramento, CA 94244-2550 |
|   |  Telephone:  (916) 322-5181 |
| 7 |  Fax:  (916) 327-2319 |
|   |  Email:  jan.zabriskie@doj.ca.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD** | **Case No: 1:07-CV-2024 (RCL)** |
| Plaintiff, | **SERVICE OF SUMMONS EXECUTED AS TO THE U. S. ATTORNEY FOR THE DISTRICT OF COLUMBIA** |
| v. | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR,** | |
| Defendants. | |

Attached hereto is the affidavit of service of summons executed as to the United States Attorney for the District of Columbia.

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 16, 2007 | EDMUND G. BROWN Jr., Attorney General of the State of California |
| 2 | | MARY E. HACKENBRACHT, Senior Assistant Attorney General |
| 3 | | ELLEN M. PETER, Supervising Deputy Attorney General |

     /s/ Jan Zabriskie
_____
JAN ZABRISKIE, Deputy Attorney General

Attorneys for Plaintiff State of California by and through Arnold Schwarzenegger, Governor of the State of California, and the California Air Resources Board

SERVICE OF SUMMONS ON U.S. ATTORNEY FOR
THE DISTRICT OF COLUMBIA                    2

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Columbia

Case Number: 07-2024 (RCL)

Plaintiff:
**STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD**

vs.

Defendant:
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR**

Received by ALIASS on the 8th day of November, 2007 at 1:33 pm to be served on **JEFFREY A. TAYLOR INTERIM UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA, 555 4TH STREET, NW, WASHINGTON, DC 20530**.

I, James L. Hilton, being duly sworn, depose and say that on the **8th day of November, 2007** at **4:38 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, NOTICE OF DESIGNATION OF RELATED CIVIL CASES, CIVIL COVER SHEET AND PETITION FILED AT U.S. COURT OF APPEALS (CASE #07-1457)** to: **LAKESHA CARROLL** as **DOCKET CLERK** for **JEFFREY A. TAYLOR INTERIM UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**, at the alternate address of: **501 3RD ST, NW, WASHINGTON, DC 20530**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: B, Height: 5'3", Weight: 160, Hair: Black, Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 14th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires:

Notary Registration Number:

7106318

James L. Hilton
Process Server

ALIASS
D.C.J.S.#11-3710
10560 Main Street, Suite 405
Fairfax, VA  22030
(703) 934-6777
Our Job Serial Number: 2007002764

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6 2b