UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STATE OF CALIFORNIA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2024 (RCL) |
| | ) | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.* | ) ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Now before the Court comes three unopposed Motions [3, 11, and 12] to Intervene as Party Plaintiffs. Upon consideration of the motions, the record in this case, and applicable law, it is hereby

ORDERED that motion [3] to intervene is GRANTED. The Commonwealth of Massachusetts and the States of New York, Arizona, Connecticut, Illinois, Maine, Maryland, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the Commonwealth of Pennsylvania Department of Environmental Protection are permitted to intervene in this matter as party plaintiffs. These intervenors' Proposed Complaint in Intervention is deemed filed as their Complaint in Intervention as of this date. It is further hereby

ORDERED that motion [11] to intervene is GRANTED. The State of Delaware is permitted to intervene in this matter as a party plaintiff. Delaware's Proposed Complaint in Intervention shall be deemed filed as its Complaint in Intervention as of this date. It is further hereby

ORDERED that amended motion [12] to intervene is GRANTED.  Washington Environmental Council, Climate Solutions, Environment Washington, Oregon Wild, 3E Strategies, Environment Oregon, Angus Duncan, Center for Biological Diversity, and Friends of the Earth are permitted to intervene in this matter as party plaintiffs.  These intervenors' Proposed Complaint in Intervention is deemed filed as their Complaint in Intervention as of this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 7, 2008.