IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, Governor of the State of California, and CALIFORNIA AIR RESOURCES BOARD<br><br>                Plaintiffs,<br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the Environmental Protection Agency Interior,<br><br>                Defendants. | 1-07-CV-2024 |

**MOTION FOR DANIEL GALPERN TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Matt Kenna, Bar #CO0028, Western Environmental Law Center, 679 E. 2nd Ave., Suite 11B, Durango, CO 81301, a member of good standing of the bar of this Court, hereby moves to have Dan Galpern appear *pro hac vice* on behalf of the Intervenors Washington Environmental Council, *et al*., in the above captioned case. The Declaration of Daniel Galpern is provided in support of this motion in conformance with Local Rule 83.2(d).

Matt Kenna, Bar #CO0028, Western Environmental Law Center, 679 E. 2nd Ave., Suite 11B, Durango, CO 81301, will act as local counsel for Mr. Galpern.

Dated: January 10, 2008                              Respectfully Submitted,


                                                     /s/ Matt Kenna
                                                     Matt Kenna, Bar #CO0028
                                                     Western Environmental Law Center
                                                     679 E. 2nd Ave., Suite 11B
                                                     Durango, CO  81301
                                                     (970) 385-6941
                                                     mattkenna@gmail.com

                                                     Attorney for Intervenors Washington
                                                     Environmental Council, *et al*.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, Governor of the State of California, and CALIFORNIA AIR RESOURCES BOARD<br><br>    Plaintiffs,<br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the Environmental Protection Agency Interior,<br><br>    Defendants. | 1-07-CV-2024 |

**DECLARATION OF DANIEL GALPERN IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*
and
CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, DANIEL GALPERN, hereby declare:

1. Pursuant to LCvR 83.2(c) and (d), I make this declaration in support of the

accompanying motion to appear as an attorney *pro hac vice* for Intervenors Washington

Environmental Council *et al.*, in this case.

2. Pursuant to LCvR 83.2(d) I declare:

- My full name is Daniel Galpern.

- My office address is Western Environmental Law Center, 1216 Lincoln St., Eugene, Oregon,

 97401.  The phone number is 541-485-2471.

- I am an attorney in good standing and eligible to practice in the following courts (admission

dates in parentheses):

- State of Oregon (December, 2006);

- I am an attorney in good standing. I am not now and have never been the subject of any disciplinary actions by any court or bar association.

- This is my first application to appear pro hac vice before this Court in the last two years.

- I do not engage in the practice of law from an office in the District of Columbia, and am not a member of the District of Columbia Bar nor do I have application for membership pending.

2.      I will join Matt Kenna (Bar #CO0028), a member in good standing of the bar of this Court, as counsel of record.

3.      Pursuant to LCvR 83.2(j), I certify that I am familiar with and will comply with all applicable local rules.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 10, 2008


/s/ Daniel Galpern
Daniel Galpern, OR Bar #06195
Western Environmental Law Center
1216 Lincoln St.
Eugene, OR  97401
(541) 485-2471
galpern@westernlaw.org

Applicant *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, Governor of the State of California, and CALIFORNIA AIR RESOURCES BOARD<br><br>            Plaintiffs,<br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the Environmental Protection Agency Interior,<br><br>            Defendants. | 1-07-CV-2024 |

**[PROPOSED] ORDER ON MOTION FOR DANIEL GALPERN
TO APPEAR PRO HAC VICE**

A motion having been made to admit Daniel Galpern to practice before this Court for purposes of the above captioned case, and it appearing that Mr. Galpern meets the qualifications in Local Rule 83.2(d), IT IS ORDERED that Daniel Galpern is hereby admitted to practice in the United States District Court for the District of Columbia, *pro hac vice*.

IT IS SO ORDERED.

Dated this ___ day of _____ 2008.

                                                                                                    UNITED STATES DISTRICT JUDGE