IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, Governor of the State of California, and CALIFORNIA AIR RESOURCES BOARD<br><br>    Plaintiffs,<br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the Environmental Protection Agency Interior,<br><br>    Defendants. | 1-07-CV-2024 |

**ORDER ON MOTION FOR DANIEL GALPERN**
**TO APPEAR PRO HAC VICE**

A motion having been made to admit Daniel Galpern to practice before this Court for purposes of the above captioned case, and it appearing that Mr. Galpern meets the qualifications in Local Rule 83.2(d), IT IS ORDERED that Daniel Galpern is hereby admitted to practice in the United States District Court for the District of Columbia, *pro hac vice*.

IT IS SO ORDERED.

Dated this 10th day of January, 2008.

                /s/
                U.S. District Judge Royce C. Lamberth