IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, Governor of the State of California, and the CALIFORNIA AIR RESOURCES BOARD, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 07-cv-02024-RCL |
| COMMONWEALTH OF MASSACHUSETTS, et al., | ) ) ) | |
| Intervenor Plaintiffs, | ) ) | |
| WASHINGTON ENVIRONMENTAL COUNCIL, et al., | ) ) ) | |
| Intervenor Plaintiffs, | ) ) | |
| STATE OF DELAWARE, | ) ) | |
| Intervenor Plaintiff, | ) ) | |
| and | ) ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, ENVIRONMENTAL DEFENSE, and CONSERVATION LAW FOUNDATION, | ) ) ) ) | |
| Proposed Intervenor Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the Environmental Protection Agency, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON UNOPPOSED MOTION TO
INTERVENE AS A PLAINTIFF**

This Court, having reviewed Applicants' Unopposed Motion to Intervene as a Plaintiff and accompanying papers, hereby GRANTS Applicants' Motion for Intervention, and the Complaint in Intervention lodged with this motion shall be filed this day.

SO ORDERED

Signed by United States District Judge Royce C. Lamberth on January 18, 2008.