IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, Governor of the State of California, and the CALIFORNIA AIR RESOURCES BOARD, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 07-cv-02024-RCL |
| COMMONWEALTH OF MASSACHUSETTS, et al., | ) ) ) | |
| Intervenor Plaintiffs, | ) ) | |
| WASHINGTON ENVIRONMENTAL COUNCIL, et al., | ) ) ) | |
| Intervenor Plaintiffs, | ) ) | |
| STATE OF DELAWARE, | ) ) | |
| Intervenor Plaintiff, | ) ) | |
| and | ) ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, ENVIRONMENTAL DEFENSE, and CONSERVATION LAW FOUNDATION, | ) ) ) ) | |
| Proposed Intervenor Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator of the Environmental Protection Agency, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Natural Resources Defense Council, Environmental Defense, Sierra Club, and Conservation Law Foundation certify that to the best of our knowledge and belief:

The Natural Resources Defense Council, Environmental Defense, Sierra Club, and Conservation Law Foundation are non-profit corporations. There are no parent companies or publicly held companies that have any ownership interest in these non-profit corporations.

Dated: January 17, 2008

Respectfully submitted,

*/s/ Benjamin Longstreth*
Benjamin Longstreth (D.C. Bar No. 974015)
David Doniger (D.C. Bar No. 305383)
Natural Resources Defense Council
1200 New York Avenue, NW, Suite 400
Washington, DC 20005
(202) 289-6868 (ph)
(202) 289-1060 (fax)

*Counsel for Natural Resources Defense Council*

David Bookbinder (DC Bar No. 455525)
Sierra Club
408 C Street, NE
Washington, DC 20002
(202) 548-4598

*Counsel for Sierra Club*

Vickie Patton
Environmental Defense
2334 North Broadway
Boulder, CO 80304
(303) 447-7215

James T.B. Tripp
Environmental Defense
257 Park Avenue South
New York, NY 10010
(212) 505-2100

*Counsel for Environmental Defense*

Melissa A. Hoffer
Conservation Law Foundation
27 North Main Street
Concord, New Hampshire 03301
(603) 225-3060

*Counsel for Conservation Law Foundation*