1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER
   Supervising Deputy Attorney General
4  JOSEPH BARBIERI
   MARK POOLE
5  Deputy Attorneys General
   JAN ZABRISKIE
6  Deputy Attorney General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 322-5181
    Fax: (916) 327-2319
9   Email: jan.zabriskie@doj.ca.gov

10 Attorneys for Plaintiff

11                    IN THE UNITED STATES DISTRICT COURT

12                         FOR THE DISTRICT OF COLUMBIA

13

14 **STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD,**

   1:07-CV-02024-RCL

15

16                                                          Plaintiff,

   **DECLARATION OF JAN ZABRISKIE IN SUPPORT OF CALIFORNIA AND PLAINTIFF-INTERVENORS' OPPOSITION TO ENVIRONMENTAL PROTECTION AGENCY'S MOTION TO ABATE**
   **(FRE, Rule 201)**

17 **COMMONWEALTH OF MASSACHUSETTS, et al.**,

18                                          Intervenor Plaintiffs,

19 **WASHINGTON ENVIRONMENTAL COUNCIL, et al.**,

20                                          Intervenor Plaintiffs,

21 **STATE OF DELAWARE**

22                                          Intervenor Plaintiff,
   and

23
   **NATURAL RESOURCES DEFENSE COUNCIL, et al.**,
24

25                                          Intervenor Plaintiffs,
   v.

26 **THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator,**

27                                                          Defendant.

28

1. I am a Deputy Attorney General for the State of California and licensed to practice before all courts of this State. I am certified to appear in the United States District Court for the District of Columbia by virtue of Local Civil Rule 83.2(f). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of my January 29, 2008, letter to Norman L. Rave, Jr., counsel for EPA in this action.

3. On January 24, 2008, I listened to and watched, via webcast, Stephen L. Johnson, Administrator for the United States Environmental Protection Agency, testify before the United States Senate Committee on the Environment and Public Works. During the course of that hearing, Mr. Johnson testified that the EPA expected to issue the remaining decision documents for California's waiver request by the end of February 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2007,

_____/s/ Jan Zabriskie_____

at Sacramento, California

ZABRISKIE DECLARATION OPPOSING
EPA MOTION TO ABATE                         1

U.S. DISTRICT COURT, DISTRICT OF COLUMBIA
Case No. 1:07-cv-02024-RCL

Declaration of Jan Zabriskie in Support of
Plaintiff California and Plaintiff-Intervenors'
Motion for Summary Judgment

# EXHIBIT A

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Telephone: (916) 322-5181
Facsimile: (916) 327-2319
E-Mail: Jan.Zabriskie@doj.ca.gov

*via email and regular mail*

January 29, 2008

Norman L. Rave, Jr., Esq.
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

RE: *State of California v. United States Environmental Protection Agency, et al.*,
U. S. Court of Appeals for the District of Columbia Circuit, Case No. 07-1457
U. S. District Court for the District of Columbia, Case No. 1:07-CV-020240-RCL

Dear Norman:

As we discussed yesterday on the telephone, the Administrator for the Environmental Protection Agency, Stephen L. Johnson, testified on January 24 before the United States Senate Committee on the Environment and Public Works regarding California's request for waiver of federal preemption of its Regulation to Control Greenhouse Gas Emissions from Motor Vehicles under 42 U.S.C. § 7543(b). In the course of his testimony, Mr. Johnson said that he expects to issue the detailed decision documents on EPA's denial of California's request by the end of February.

In light of the Administrator's statement on Thursday, our office proposed yesterday that the parties to the two unreasonable delay cases enter into a stipulation that EPA would publish its decision in the Federal Register by a date certain. You indicated the proposal would require the stipulation to be immediately lodged with both courts and then the settlement published for comment. We originally made a similar proposal for an enforceable decision date to EPA in October before California filed suit. This offer was reiterated to you in my letters of November 15 and November 29, 2007, after California filed suit.

As you know, the Administrator made his decision on December 19, 2007, but the legal effect of that decision remains in dispute. With his testimony on Thursday to the Senate Committee, the Administrator appears ready to make that dispute moot. Consistent with these events, California is willing to suspend the litigation on the two unreasonable delay cases during this interim period if EPA will enter into a stipulation for a date certain and initiate the process to obtain a court order. We are also willing to stipulate to a compliance date that allows EPA extra

Norman L. Rave, Jr.
January 29, 2008
Page 2

time, for example, until March 17, 2008, to allow the time for publication in the Federal Register. You indicated yesterday that you would let EPA know about our proposal, and this letter confirms the details. Please let me know if the EPA is interested in such a stipulation or if it wishes to propose and alternate publication date. Although this proposal is subject to the intervenors' agreement, I expect they will agree.

Sincerely,

JAN ZABRISKIE
Deputy Attorney General

For   EDMUND G. BROWN JR.
Attorney General

JZ:

30382785_2.wpd