IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD,<br><br>                                         Plaintiff,<br><br>THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF NEW YORK, THE STATE OF ARIZONA, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MARYLAND, THE STATE OF NEW JERSEY, THE STATE OF OREGON, THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, THE STATE OF RHODE ISLAND, THE STATE OF VERMONT, AND THE STATE OF WASHINGTON, THE STATE OF DELAWARE,<br><br>                                       Plaintiff-Intervenors,<br><br>WASHINGTON ENVIRONMENTAL COUNCIL, et al.,<br><br>                                       Plaintiff-Intervenors,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>                                       Plaintiff-Intervenors,<br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, ADMINISTRATOR,<br><br>                                       Defendants. | Case No: 1:07-CV-02024<br><br>**STATE INTERVENORS' DISCLOSURES PURSUANT TO F.R.C.P. 26(a)** |

Plaintiff-Intervenors, the Commonwealth of Massachusetts, the States of New York, Arizona, Connecticut, Delaware, Illinois, Maine, Maryland, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the Commonwealth of Pennsylvania Department of Environmental Protection (the "Intervenor States"), hereby make the following disclosures pursuant to Fed. R. Civ. Proc. 26(a).

These disclosures are based on the information currently available to the Intervenor States. Further investigation and ongoing evaluation of legal claims and defenses as this case continues may reveal additional facts, witnesses, or records, requiring additional changes to, or withdrawal of, any of these disclosures. Accordingly, the Intervenor States reserve the right to modify and supplement these disclosures. These disclosures are made in good faith and should in no way prejudice the Intervenor States in relation to further discovery or proceedings in this Court.

A.    Individuals

Names and addresses of individuals likely to have information relevant to the disputed facts at issue:

> Stephen L. Johnson, Administrator
> U.S. Environmental Protection Agency ("EPA")
> 1200 Pennsylvania Avenue, NW
> Washington, D.C. 20460
>
> Jason Burnett, Associate Deputy Administrator
> (same address)
>
> Robert Meyers, Assistant Administrator, Office of Air and Radiation
> (same address)
>
> Robert Brenner, Director, Office of Policy Analysis and Review
> (same address)

>Brian McLean, Director, Office of Atmospheric Programs
>(same address)
>
>Dina Kruger, Director, Climate Change Division
>(same address)
>
>Margo Oge, Director, Office of Transportation and Air Quality
>(same address)
>
>Karl Simon, Director, Compliance and Innovative Strategies Division
>(same address)

B. <u>Documents</u>

1) Documents relating to the reasons for EPA's unreasonable delay in deciding California's petition for a waiver of Clean Air Act § 209(a) are located at:

>U.S. Environmental Protection Agency
>1200 Pennsylvania Avenue, NW
>Washington, D.C. 20460

2) Documents relating to the effect of delay in implementing measures to abate greenhouse gas emissions on climate can be found at:

>EPA's climate change website, http://epa.gov/climatechange/index.html, and its

archival global warming website:

http://yosemite.epa.gov/oar/globalwarming.nsf/content/index.html.

>Intergovernmental Panel on Climate Change ("IPCC")'s website:
>
>http://epa.gov/climatechange/index.html.

This list is not meant to be exhaustive.

C. <u>Damages</u>

Plaintiff-intervenors are not seeking damages in this action, but descriptions of the economic, public health and environmental cost of failing to abate greenhouse gas emissions and

accelerating climate change can be found in documents contained on the websites listed in category B(2) above.

    D.    <u>Insurance</u>

Not applicable.

Dated:  New York, New York
          February 12, 2008

                              FOR THE STATE OF NEW YORK
                              ANDREW M. CUOMO
                              ATTORNEY GENERAL
                              Katherine Kennedy
                              Michael Myers
                              /s/ Yueh-ru Chu
                              Assistant Attorneys General
                              120 Broadway, 26th floor
                              New York, NY 10271
                              (212) 416-6588

                              FOR THE COMMONWEALTH OF
                              MASSACHUSETTS
                              MARTHA COAKLEY
                              ATTORNEY GENERAL
                              Frederick D. Augenstern
                              James R. Milkey
                              William L. Pardee
                              Assistant Attorneys General
                              Environmental Protection Division
                              1 Ashburton Place, 18th Floor
                              Boston, MA 02108
                              (617) 727-2200 x. 2427

FOR THE STATE OF ARIZONA
TERRY GODDARD
ATTORNEY GENERAL
Joseph Mikitish
Tamara Huddleston
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007
(602) 542-8553

FOR THE STATE OF CONNECTICUT
RICHARD BLUMENTHAL
ATTORNEY GENERAL
Kimberly Massicotte
Jose A. Suarez
55 Elm Street
P.O. Box 120
Hartford, CT 06106
Phone: (860) 808-5250

FOR THE STATE OF DELAWARE
JOSEPH R. BIDEN III
ATTORNEY GENERAL
Valerie S. Csizmadia DE Bar#3937
Deputy Attorney General
Delaware Attorney General's Office
102 W. Water Street
Dover, DE 19904
(302) 739-4636

FOR THE STATE OF ILLINOIS
LISA MADIGAN
ATTORNEY GENERAL
Gerald T. Karr
Senior Assistant Attorney General
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
(312) 814-3369

FOR THE STATE OF MAINE
G. STEVEN ROWE
ATTORNEY GENERAL
Gerald D. Reid
Assistant Attorney General
Chief, Natural Resources Division
Department of the Attorney General
6 State House Station
Augusta, Maine 04333
(207) 626-8545

FOR THE STATE OF MARYLAND
DOUGLAS F. GANSLER
ATTORNEY GENERAL
Kathy M. Kinsey
Assistant Attorney General
Maryland Department of the Environment
1800 Washington Boulevard
Baltimore, Maryland 21230
410-537-3954

FOR THE STATE OF NEW JERSEY
ANNE MILGRAM
ATTORNEY GENERAL
Lisa Morelli
Assistant Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625
(609) 633-8713

FOR THE STATE OF NEW MEXICO
GARY K. KING
ATTORNEY GENERAL
Stephen R. Farris
Judith Ann Moore
Assistant Attorneys General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 827-6939

FOR THE STATE OF OREGON
HARDY MYERS
ATTORNEY GENERAL
Philip Schradle
Special Counsel to the Attorney General
Richard Whitman
Assistant Attorney General
1162 Court St. N.E.
Salem, Oregon 97301
(503) 378-6002

FOR THE COMMONWEALTH
OF PENNSYLVANIA, DEPARTMENT
OF ENVIRONMENTAL PROTECTION
SUSAN SHINKMAN, CHIEF COUNSEL
Richard P. Mather, Sr.
Deputy Chief Counsel
Kristen M. Campfield
Robert A. Reiley
Assistant Counsel
Rachel Carson State Office Bldg., 9th Flr.
P.O. Box 8464
Harrisburg, Pennsylvania 17105
(717) 787-7060

FOR THE STATE OF RHODE ISLAND
PATRICK C. LYNCH
ATTORNEY GENERAL
Patricia K. Jedele
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, Rhode Island
401-274-4400, ext. 2400

FOR THE STATE OF VERMONT
WILLIAM H. SORRELL
ATTORNEY GENERAL
Kevin O. Leske
Assistant Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-6902

FOR THE STATE OF WASHINGTON
ROB McKENNA
ATTORNEY GENERAL
Leslie Seffern
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504
(360) 586-6770

## CERTIFICATE OF SERVICE

  I hereby certify that on February 12, 2008, I caused a true and accurate copy of the foregoing **State Intervenors' Disclosures pursuant to FRCP 26(a)** to be served by electronic mail on the following:

Norman L. Rave, Jr.
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 23986
Washington, DC 20026-3986
norman.rave@usdoj.gov
*Attorney for defendants Stephen L. Johnson and U.S. Environmental Protection Agency*

Jan Zabriskie
Deputy Attorney General
300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
jan.zabriskie@doj.ca.gov
*Attorney for plaintiff State of California*

Benjamin Longstreth
Natural Resources Defense Council
1200 New York Avenue, NW, Suite 400
Washington, DC 20005
blongstreth@nrdc.org
*Attorney for Plaintiff-Intervenors Natural Resources Defense Council, Sierra Club, Environmental Defense and Conservation Law Foundation*

Daniel Galpern
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
galpern@westernlaw.org
*Attorney for Plaintiff-Intervenors Washington Environmental Council, Climate Solutions, Environment Washington, Oregon Wild, 3E Strategies, Environment Oregon, Angus Duncan, Center for Biological Diversity, and Friends of the Earth*

/s/ Yueh-ru Chu
Assistant Attorney General
State of New York
Office of the Attorney General
Environmental Protection Bureau
120 Broadway, 26th floor
New York, NY 10271
(212) 416-6588

*Lead Counsel for attorneys representing Plaintiff-Intervenors the Commonwealth of Massachusetts, the States of New York, Arizona, Connecticut, Delaware, Illinois, Maine, Maryland, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the Commonwealth of Pennsylvania Department of Environmental Protection*