IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD,**<br>                                              Plaintiff,<br><br>**COMMONWEALTH OF MASSACHUSETTS, et al.**,<br>                         Intervenor Plaintiffs,<br><br>**WASHINGTON ENVIRONMENTAL COUNCIL, et al.**,<br>                         Intervenor Plaintiffs,<br><br>**STATE OF DELAWARE**<br>                              Intervenor Plaintiff,<br>and<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, et al.**,<br>                         Intervenor Plaintiffs,<br>v.<br><br>**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator,**<br>                                         Defendants. | Case No: 1:07-CV-02024-RCL<br><br>**PLAINTIFF STATE OF CALIFORNIA'S OPPOSITION TO EPA'S MOTION TO EXTEND TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT** |

Plaintiff State of California opposes the uncertain extension of time that defendants Environmental Protection Agency et al. have requested (Docket Doc. No. 34) for filing their opposition to the February 11, 2008, motion for summary judgment filed by California and the 28 plaintiff intervenors (Docket Doc. No. 31). Since EPA continues to say it intends to issue the decision documents that will make this action moot by the end of this week, California is willing to allow EPA an extension of time for filing its opposition to a <u>date</u> <u>certain</u> in early March. California

proposed March 3, 2008, and told EPA that the State would consider an even later date certain. (Docket Doc. No. 34-2). California does not oppose an extension until March 10, 2008.

There is no reason that the Court or the parties should be required to do more work on this matter this week, as long as EPA still says it will issue the decision documents by this Friday. On the other hand, if EPA is not going to issue its decision documents as represented, it should file its opposition papers within a reasonable and set period of time. A March 10, 2008, deadline allows the EPA ample time, since California originally provided EPA with a draft version of its proposed separate statement on January 25, 2008, the legal issues are uncomplicated, and EPA has not shown that more time is required to prepare its opposition. (Docket Doc. No. 34-2).

Dated: February 25, 2008   Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER
Supervising Deputy Attorney General

/s/ Jan Zabriskie
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5181
 Fax: (916) 327-2319
 Email: jan.zabriskie@doj.ca.gov

Attorneys for Plaintiff State of California