IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA, and the CALIFORNIA AIR RESOURCES BOARD,**<br><br>Plaintiff,<br><br>**COMMONWEALTH OF MASSACHUSETTS, et al.,**<br><br>Intervenor Plaintiffs,<br><br>**WASHINGTON ENVIRONMENTAL COUNCIL, et al.,**<br><br>Intervenor Plaintiffs,<br><br>**STATE OF DELAWARE**<br><br>Intervenor Plaintiff,<br><br>and<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, et al.,**<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator,**<br><br>Defendant. | 1:07-CV-02024-RCL<br><br><br>**PARTIES' STIPULATION FOR DISMISSAL OF ACTION** |

The parties, by and through their respective counsel, hereby stipulate to dismissal of the entire,

above-captioned action, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with each party

to bear their own costs.


Dated: March 4, 2008                    Respectfully submitted,



  /s/ Jan Zabriskie_____
EDMUND G. BROWN JR.
Attorney General for the State of California
Mary E. Hackenbracht
Senior Assistant Attorney General
Ellen M. Peter
Supervising Deputy Attorney General
 Jan Zabriskie
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-5181

*Representing Plaintiff State of California*




  /s/ Yueh-ru Chu_____
For The State of New York
Andrew M. Cuomo
Attorney General
Katherine Kennedy
Michael Myers
Yueh-ru Chu
Assistant Attorneys General
120 Broadway, 26th Floor
New York, NY 10271
(212) 416-6588

*Lead Counsel for attorneys Representing Plaintiff*
*Intervenors the State of New York, Commonwealth*
*of Massachusetts, State of Arizona, State of Connecticut,*
*State of Illinois, State of Maine, State of Maryland,*
*State of New Jersey, State of New Mexico, State*
*of Oregon, Commonwealth of Pennsylvania Department*
*of Environmental Protection, State of Rhode Island, State of*
*Vermont, State of Washington*


**Parties' Stipulation for**
**Dismissal of Action**                    -2-

  _/s/_ Frederick D. Augenstern
For The Commonwealth of Massachusetts
Martha Coakley
Attorney General
Frederick D. Augenstern
Assistant Attorney General
Environmental Protection Division
1 Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

*Lead Counsel for attorneys Representing Plaintiff
Intervenors the State of New York, Commonwealth
of Massachusetts, State of Arizona, State of Connecticut,
State of Illinois, State of Maine, State of Maryland,
State of New Jersey, State of New Mexico, State
of Oregon, Commonwealth of Pennsylvania Department
of Environmental Protection, State of Rhode Island, State of
Vermont, State of Washington*


  _/s/_ Matt Kenna
Matt Kenna (CO Bar No. CO0028)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
(970) 385-6941

*Representing Plaintiff Intervenors Washington Environmental
Council, Climate Solutions, Environment Washington, Oregon
Wild, Environment Oregon, 3E Strategies, Angus Duncan, Center
For Biological Diversity and Friends of the Earth*


  _/s/_ Benjamin Longstreth
Benjamin Longstreth (D.C. Bar No. 455525)
Natural Resources Defense Counsel
1200 New York Ave., NW, Suite 400
Washington, DC 20005
(202) 289-6868

*Representing Plaintiff Intervenors the Natural Resources Defense
Council, Environmental Defense Fund, Sierra Club and the
Conservation Law Foundation*

**Parties' Stipulation for
Dismissal of Action**                    -3-

*/s/* Valerie Csizmadia
Valerie Csizmadia
Deputy Attorney General
Delaware Department of Justice
102 West Water Street, 3rd Floor
Dover, Delaware 19904
(302) 739-4636

*Representing Plaintiff Intervenor State of Delaware*

*/s/* Norman L. Rave, Jr.
Norman L. Rave, Jr.
U. S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 616-7568

*Representing Defendant U.S. Environmental Protection
Agency and Stephen L. Johnson, Administrator*

**Parties' Stipulation for
Dismissal of Action**                    -4-